Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   21 MC 100 (AKH)

WILLIAM POWELL (AND WIFE, LINDA POWELL),

                    Plaintiff(s),

-against-

A RUSSO WRECKING, *et al.*,

                    Defendant(s).
---------------------------------------------------------X

Index No.: 06-CV-14980

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
    November 8, 2007

> Yours etc.,
>
> McGIVNEY & KLUGER, P.C.
> Attorneys for Defendant
> PHILLIPS & JORDAN, INC.
>
> By: _____
>    Richard E. Leff (RL-2123)
>    80 Broad Street, 23rd Floor
>    New York, New York 10004
>    (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
     Plaintiffs Liaison
     In Re Lower Manhattan Disaster Site
     Litigation
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267-3700

     All Defense Counsel